Caleb M. FOX By and Through his next friend, Julie Fox, and Julie Fox, et al., Appellants,

v.

Craig PERKINS, Respondent.

No. WD 39582.

Missouri Court of Appeals,
Western District.

March 8, 1988.

David Kite, Mid–Missouri Legal Services Corp., Jefferson City, for appellants.

Lori J. Levine, Carson, Coil, Riley, McMillin, Levine & Veit, Jefferson City, for respondent.

Before COVINGTON, P.J., and SHANGLER and PRITCHARD, JJ.

### ORDER

PER CURIAM.

Appeal from an order to deny appellant's petition for declaration of paternity.

Affirmed. Rule 84.16(b).